WAKE COUNTY AND CITY OF RALEIGH v. MATT H. ALLEN AND WIFE, CHARLOTTE ALLEN, NATIONAL BANK OF SUFFOLK, V. C. EBER-WINE AND TITLE GUARANTY INSURANCE COMPANY.

(Filed 27 April, 1932.)

APPEAL by defendants, National Bank of Suffolk, V. G. Eberwine and Title Guaranty Insurance Company, from *Harris, J.*, at Chambers, January, 1932. From WAKE.

Civil action to foreclose tax certificates against four lots in city of Raleigh for 1928 and 1929 city and county taxes.

Judgment for plaintiffs on agreed statement of facts, unquestioned by defendants, save as to the order in which said taxes should be prorated between the present owners of said lots.

The only assignment of error is to the judgment as signed.

*No counsel appearing for plaintiffs.*

*Paul F. Smith for defendants, National Bank of Suffolk and V. G. Eberwine.*

*W. G. Mordecai for defendant, Title Guaranty Insurance Company.*

PER CURIAM. The record contains no valid exceptive assignment of error.

Affirmed.

---

J. HERBERT BECK v. W. S. HALLIWELL.

(Filed 27 April, 1932.)

**Frauds, Statute of A a—Statute does not apply to original promise to answer for debt of another.**

> The statute of frauds does not apply to the original promise to pay the debts of another.

APPEAL by defendant from *Finley, J.*, at December Term, 1931, of MOORE. No error.

From judgment on the verdict that plaintiff recover of the defendant the sum of $247.49, with interest and costs, the defendant appealed to the Supreme Court.

*W. Duncan Matthews for plaintiff.*

*J. Vance Rowe for defendant.*